UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosa Yrenys Heredia,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

26-CV-6516 (AS) (BCM)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's Scheduling Order, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter advising the Court that the parties do not consent to proceed before the assigned Magistrate Judge, within two weeks of the date of that Order. Dkt. 6. To date, the parties have not filed either. The parties are hereby ORDERED to file one or the other by August 21, 2026.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge