UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosa Yrenys Heredia,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

26-CV-6516 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's Scheduling Order, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter advising the Court that the parties do not consent to proceed before the assigned Magistrate Judge **by August 18, 2026**. Dkt. 6.

On August 18, 2026, the Court, noticing that the parties had yet to file either of the above, issued an Order requiring the parties to comply with the Scheduling Order **by August 21, 2026**. To date, the parties have failed to file either.

The parties have thus blown past two Court ordered deadlines. The Court now orders the parties to file one of the two **by August 27, 2026**. Each party should also file a letter to the Court by that date explaining why sanctions are not warranted for failure to comply with Court deadlines.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge